UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAVID CAMPBELL**                                                            **PLAINTIFF**

V.                      **CIVIL ACTION NO.1:07CV395 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and MIKE MEYERS, ET AL.**                       **DEFENDANTS**

<u>**ORDER**</u>

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [9] to remand and the plaintiff's motion [15] for entry of an order for remand are **DENIED**;

That Defendant Mike Meyers' (Meyers) motion [29] for summary judgment is **GRANTED**; and

That Defendant Mike Meyers' motion [27] to dismiss is **DENIED AS MOOT**.

**DECIDED** this 10th day of June, 2008.

                                                 s/ <u>L. T. Senter, Jr.</u>
                                                 L. T. SENTER, JR.
                                                 SENIOR JUDGE